UNEXCELLED LAUNDRY SYSTEM, INC., Respondent, v. OTTO ESEMANN, Appellant. — Judgment in an action to restrain defendant from engaging in the laundry business in Queens and Nassau counties until May 26, 1937, and from soliciting plaintiff's customers reversed on the law, with costs, and the complaint dismissed, with costs. In the absence of proof of mutual mistake of the parties, or mistake on plaintiff's part and fraud on the part of defendant, the release executed and delivered by plaintiff to defendant bars plaintiff's right to recover. (*Kirchner* v. *N. H. S. M. Co.*, 135 N. Y. 182.) The appeal from the decision is dismissed. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of MAX HENRY SALZER, an Attorney and Counselor at Law.— Motion to amend the petition by adding charges granted. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ. The matter of the charges contained in the original petition and of the charges added thereto is referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

In the Matter of ABRAHAM SCHACHNE, an Attorney.— Motion to vacate or to modify order of suspension and for other relief denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

CHARLES H. LEVY, Respondent, v. JOSEPH P. DAY, INC., Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

ROSE D. APRIL and LENORE APRIL, an Infant, by ROSE D. APRIL, Her Guardian ad Litem, Appellants, v. PHILIP APRIL, Respondent, and Another, Defendant.— Order dismissing contempt proceedings based upon an order which is not incorporated in a final judgment and which calls for the payment into the hands of a trustee of a sum of money, or its equivalent, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

MILDRED BENJAMIN, Appellant, v. FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA, as Executor, etc., of ARTHUR HIND, Deceased, Respondent.— Appeal from order granting motion to dismiss the complaint on the ground that it fails to state facts sufficient to constitute a cause of action, and from the judgment entered thereon. Plaintiff's assignor, a resident of South Africa, came to New York, at the instance of defendant, to attend an auction which had been advertised for the sale of certain valuable stamps. The sale was to be without reserve. It did not take place. In the catalogue which was sent to plaintiff's assignor, references were made to foreign buyers. Plaintiff sought as damages his expenses and loss of time. The complaint did not state facts sufficient to constitute a cause of action. (1) Goods offered for sale at auction may be withdrawn before any bidding, even where the sale is without reserve; (2) there was no special contract between the parties by which plaintiff's assignor agreed to attend an auction sale in New York. It is doubtful that the executor could bind the estate by a contract such as that claimed by plaintiff. In view of the above conclusion, the order and judgment are unanimously affirmed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Hagarty, Carswell and Taylor, JJ.